### Exhibit A to the Complaint

**Location:** Skippack, PA

**Total Works Infringed:** 55

**IP Address:** 100.11.62.39

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 899A2F207BA1A21B6E325D202DF05C0D0D4F9FFA<br>File Hash: 0C9A8F7F3C5E6738180B17B461DDA5E9D33030E6A1A461F97D3A261558CD8109 | 01-22-2023 05:15:29 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 2 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-22-2023 02:09:38 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 3 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash: DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 01-21-2023 03:45:45 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 4 | Info Hash: 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1<br>File Hash: 8084D754CFF1A160219A91F7B51F5DDA8685F015A637F13F7B5B1667765CA31B | 01-20-2023 23:34:38 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 5 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 01-20-2023 23:31:27 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 6 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash: 1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 12-29-2022 22:30:13 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 7 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 12-29-2022 20:56:21 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 8 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash: 89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 12-27-2022 20:51:05 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 9 | Info Hash: D4EE372D4BE2B520F433A9CC2DEB770109AAEBD8<br>File Hash: F2BAEE7BEBB2424555FA7B26995EADE83FA1E35F5AF03FDC0342B57ED98A9348 | 12-27-2022 15:55:48 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 10 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 12-27-2022 15:44:32 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 11 | Info Hash: 97F603639E41F7A2FD311871C434CE33CB97D619<br>File Hash: F64DCAB7A711567A399527166F2EDFF4D41707982A869E4B27E97507218E871F | 12-27-2022 15:25:35 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F47B504EA4F209B90C56123FF967C4581034AD13<br>File Hash:<br>775A6AEB4FD1B174CF49CD0866715D9EB2EA7A5509100F17F748030071420079 | 12-27-2022<br>15:24:21 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 13 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 12-24-2022<br>18:47:34 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 14 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash:<br>19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 12-24-2022<br>18:34:07 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 15 | Info Hash: DA2B01E9B71CDF13CF8442E993A3A22EC96B6326<br>File Hash:<br>729F402DA3A322A41FDAFC129556F5345D580D042C22F5047B669F5F17AF4448 | 12-24-2022<br>18:32:32 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |
| 16 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash:<br>498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 12-24-2022<br>18:27:14 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 17 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash:<br>A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 12-24-2022<br>18:24:04 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 18 | Info Hash: 976324666E71A36AD5A57C4A0425611DE9DC22F9<br>File Hash:<br>DA140D57E0BF2003E13499E9F4F2B4677CAA61568F933B95157A809F4546F2CB | 12-24-2022<br>18:20:38 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 19 | Info Hash: 87DA91B29FCCE72DAE7890CC24057B7F922E105B<br>File Hash:<br>E709DB0873EC57F63BCD875EF6E75B82CC7BE6BC5FC8D58693710224BC14BDB9 | 12-24-2022<br>18:18:16 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |
| 20 | Info Hash: EF2349939932F59F0DACEEBFE9B0A4844286330D<br>File Hash:<br>CAAAE092367BEF637A8D91E4C469594AED615950E29018B784AD7C441E5FF8F1 | 12-24-2022<br>05:04:42 | Tushy | 01-26-2020 | 02-20-2020 | PA0002237626 |
| 21 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2<br>File Hash:<br>880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12-24-2022<br>05:04:35 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 22 | Info Hash: 43A8AB6E80956391E3943858A0B47E1FD106C7B3<br>File Hash:<br>EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 12-23-2022<br>05:00:23 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 23 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash:<br>6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 12-23-2022<br>03:48:19 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3B58AC3058126891063C5D48C204B93ADF743C16<br>File Hash:<br>676A3A32AC112D7A024182630D5EF9ABF24D77685371AB211CBF74D8DCB0F89B | 12-04-2022 09:15:14 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 25 | Info Hash: F9DD9DBCEF2B542CA89D25DB64445CB2B459E8F9<br>File Hash:<br>E423F43AC63A96F0DDEFE71F05D4FDF4000D8A0A77B65FED2D692B3D96E6121F | 12-04-2022 01:40:17 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 26 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash:<br>91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 12-04-2022 00:59:48 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 27 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash:<br>0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 12-04-2022 00:30:09 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 28 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash:<br>5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 12-04-2022 00:26:16 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 29 | Info Hash: F6D6E795148593F639DC8362628B2C02D1F474CA<br>File Hash:<br>02E07269EEE69A11FB1DDF4E88D2C08C8A9F4C09EF38A5EC4B2E70B272EB4B8D | 12-04-2022 00:25:29 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 30 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 12-04-2022 00:24:12 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 31 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash:<br>F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12-04-2022 00:21:49 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 32 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash:<br>68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 12-04-2022 00:20:46 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 33 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash:<br>C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 12-04-2022 00:19:05 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 34 | Info Hash: 9D665196F0629E2A4387C006AB73216F3364D49F<br>File Hash:<br>2D755E376BA4638E86ED489FC562CE9B2CF03E6D09C31C592E060FA95CC17665 | 12-04-2022 00:15:30 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 35 | Info Hash: 9690A9C37C9F20B1B609DE0EAD87297A8EF7A438<br>File Hash:<br>48299B3A1CB9C059B3604DD18800FDD80CCBCC2C1D54CCE849D48F5A5B47ED37 | 12-04-2022 00:14:26 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 12-04-2022 00:12:39 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 37 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 12-04-2022 00:12:24 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 38 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 12-04-2022 00:12:07 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 39 | Info Hash: 71E3A2888C2DB58BBCE9353A68D2FF80359E304A<br>File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 12-04-2022 00:12:00 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 40 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash: 9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 12-04-2022 00:11:15 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 41 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 12-04-2022 00:10:41 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 42 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 12-04-2022 00:09:17 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 43 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 12-04-2022 00:08:23 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 44 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash: 75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 12-04-2022 00:08:21 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 45 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash: 3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 12-04-2022 00:06:11 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 46 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 12-04-2022 00:03:23 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 47 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash: C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 12-04-2022 00:02:10 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 12-04-2022 00:01:41 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 49 | Info Hash: F56D251D42E2192AAAA3CBF79AE2E834B8E49A42<br>File Hash: BFB2F7BA49662B563D559FA77B28A62277AF2BBF79E2B373E832E234C87A7AC1 | 12-03-2022 23:59:53 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 50 | Info Hash: 016161E8AA898792B643580F2DB238D327C6ACC3<br>File Hash: 953828B3BE15991749CC09CA4AAB940EBF9ED677ECBFCDB9F3C993294444E817 | 12-03-2022 23:59:16 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 51 | Info Hash: 05E0AAD63EF5729509BA5EAE149546A8EA721565<br>File Hash: 31DE1917A72BD55F634E20F33DB995AE134F50A0243F8D6F01F23C85CF36E982 | 12-03-2022 23:58:59 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 52 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash: 964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 12-03-2022 23:58:22 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 53 | Info Hash: A10E5362835E4FF33970E522F94F624E326A2F0A<br>File Hash: A39DEE2B77D3E5FD9AF8E9F71BFEEA79A0A2803414EA28F14AE3B062BE3CD957 | 12-03-2022 16:40:16 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 54 | Info Hash: 8A8DC283B45B7E04709E90CD0A1DF8F1592C1612<br>File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 12-03-2022 16:37:14 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 55 | Info Hash: 580F1C9FA6A615D2F60BD8843A68857488E21834<br>File Hash: 0122964B6DC6F25B02C4D60D2B78D74DF101E5A308E9C48B99B84BD19D52832A | 12-03-2022 16:35:49 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |