| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, FIRST AMENDED COMPLAINT, EXIBIT A, CIVIL COVER SHEET** EFFECTED (1) BY ME: ROBERT WAGNER TITLE: **PROCESS SERVER** | DATE: 6/16/23 @ 11:14 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BASSEL ISKANDARANI   SELF

Place where served:

3834 VICTORIA DR.   SKIPPACK  PA  19474

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M  AGE: 51-65  HEIGHT: 5'9"-6'0"  WEIGHT: 161-180  SKIN: BROWN  HAIR: BALD  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 6/20/2023

SIGNATURE OF ROBERT WAGNER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:  JOHN C. ATKIN, ESQ.
PLAINTIFF:  STRIKE 3 HOLDINGS, LLC.
DEFENDANT: BASSEL ISKANDARANI
VENUE:      DISTRICT
DOCKET:     2 23 CV 00528 JP
COMMENT: