IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BASSEL ISKANDARANI | : | NO. 23-528 |

## ORDER

**AND NOW**, this 28th day of September, 2023, after a conference call with the parties yesterday, during which Defendant advised the Court that he has obtained counsel to defend him in this action, **IT IS HEREBY ORDERED** that, on or before October 17, 2023, counsel shall enter an appearance on Defendant's behalf.  If no counsel enters an appearance by that date, the Court will proceed to adjudicate the pending Motion for Default Judgment, with Defendant proceeding pro se.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.